IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE RAMAGE, GINGER RAMAGE,

    Plaintiffs,                No. 2:09-cv-2901 MCE JFM

    vs.

SIKORSKY AIRCRAFT CORP., et al.,

    Defendants.             <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.  All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: October 26, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

/001; ramage.rec

1